UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PRINCE IRELL SEUELL,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT ONE
**(Possession with Intent to Distribute Controlled Substances)**

On or about November 16, 2023, in Van Buren County, in the Southern Division of the Western District of Michigan, the Defendant,

**PRINCE IRELL SEUELL,**

knowingly and intentionally possessed with the intent to distribute controlled substances, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT TWO
**(Felon in Possession of a Firearm)**

On or about November 16, 2023, in Van Buren County, in the Southern Division of the Western District of Michigan, the Defendant,

**PRINCE IRELL SEUELL,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded firearm, that is, a loaded, Ruger, 5.7 caliber semi-automatic pistol, bearing serial number 64370951, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
### (Felon in Possession of a Firearm)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in Count 2 of this Indictment, the defendant,

**PRINCE IRELL SEUELL,**

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following: a Ruger, 5.7 caliber semi-automatic pistol, bearing serial number 64370951, and all affiliated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
STEPHANIE M. CAROWAN
Assistant United States Attorney